Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff John Brown

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROWN,<br><br>                   Plaintiff,<br><br>       v.<br><br>EQUIFAX, INC., et al.,<br><br>                   Defendants. | Case No.: 5:17-cv-05415-BLF<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff John Brown and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Equifax Inc. from this action upon finalization.

                                                                            **Sagaria Law, P.C.**

Dated:   October 17, 2017              By:      /s/ *Elliot Gale*
                                                                            Elliot Gale
                                                                            Attorneys for Plaintiff

//

NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. -1-

**Nokes & Quinn, APC**

Dated: October 17, 2017      By:   /s/ *Thomas P. Quinn, Jr.*
Thomas P. Quinn, Jr.
Attorneys for Defendant
Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*