Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
John Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| JOHN BROWN | Federal Case No.: 5:17-CV-05415-BLF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT NAVY FEDERAL CREDIT UNION; [PROPOSED] ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff John Brown and defendant Navy Federal Credit Union ("NFCU"), that NFCU be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

1 DATED: April 5, 2018                    Sagaria Law, P.C.

2                                         By: _____*/s/ Elliot W. Gale*_____
3                                                    Elliot W. Gale
                                          Attorneys for Plaintiff
4                                         John Brown

5

6 DATED: April 5, 2018                    Gordon & Rees, LLP

7

8                                         By: _____*/s/ Benjamin Morton*_____
                                                   Benjamin Morton
9                                         Attorneys for Defendant
10                                        Navy Federal Credit Union

11

12 I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13 Stipulation. I hereby attest that Benjamin Morton has concurred in this filing.

14 */s/ Elliot Gale*

15
                                    **[PROPOSED] ORDER**
16
    Pursuant to the stipulation of the Parties, NFCU is dismissed with prejudice, and that each
17
party shall bear its own attorneys' fees and costs.
18
    IT IS SO ORDERED.
19

20 DATED: _____                     _____
21                                        BETH L. FREEMAN
                                          UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT NAVY FEDERAL CREDIT UNION; [PROPOSED] ORDER